UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:23-CR-127 |
| -vs- : | |
| : | (Mannion, J.) |
| THOMAS TROTTA, : | (Saporito, M.J.) |
| Defendant : | |
| : | Filed Under Seal |

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDANT, OR PERSON IN CHARGE OF
LUZERNE COUNTY PRISON, WILKES BARRE, PENNSYLVANIA

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, the person of

**THOMAS TROTTA**

into the custody of the United States Marshals Service or Agents of the Federal Bureau of Investigation (FBI), against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that **THOMAS TROTTA** appear for an initial appearance/arraignment hearing on June 15, 2023 at 3:00 p.m. in connection with the criminal charges and that United States Marshals Service is directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court, in a safe and

suitable jail, and that **THOMAS TROTTA** remain in federal custody until the final disposition of the federal charges in this Court.

Witness my signature on this 12th day of June 2023.

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE