UNITED STATES DISTRICT
COURT MIDDLE DISTRICT
OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

THOMAS TROTTA

**FILED WILKES-BARRE APR 10 2024 PER MS DEPUTY CLERK**

TYPE OF CASE: FELONY    CASE NO. 3:23-CR-127

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
**COURTROOM:** No. 1
MAX ROSENN U.S. COURTHOUSE
First Floor
197 South Main Street
Wilkes-Barre PA 18701

**DATE AND TIME:** April 18, 2024, at 3:00 p.m.

**TYPE OF PROCEEDINGS:** Bail Revocation Hearing

**DATE:** April 10, 2024

PETER J. WELSH, Clerk of Court
s/*Mary Rose Schirra*
Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., CHIEF U.S. MAGISTRATE JUDGE
James Buchanan, AUSA
Joseph R. D'Andrea, Esquire
U.S. PROBATION
COURT REPORTERS
U.S. MARSHAL