IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | |
| THOMAS TROTTA, | : | |
| | : | Magistrate Judge Saporito |
| Defendant | : | |

## ORDER

Defendant appeared before this Court for an initial appearance and arraignment on June 15, 2023. He was ordered released on conditions of supervision by Order of that same date. (Doc. 16). His conditions of release were modified by Order of October 4, 2023. (Doc. 25).

On April 3, 2024, the government filed a motion to revoke defendant's pretrial release. (Doc. 28).

A hearing on the government's motion was scheduled for April 18, 2024. On the date and time of the revocation hearing, the government stated on the record that it still intended to pursue the motion for revocation and that the defendant would be filing a document which would resolve the issue.

On the date of the scheduled hearing, counsel for defendant filed, under seal, a document wherein defendant agreed to the revocation of his pre-trial release and requested leave to voluntarily surrender. (Doc. 37).

Therefore, the Court finds that:

a. Clear and convincing evidence exists that the defendant has violated conditions of his pretrial release as outlined in the Doc. 28 motion.

b. Defendant is unlikely to abide by any condition or combination of conditions while on pretrial release.

AND NOW, THIS 19th day of April, 2024, IT IS HEREBY ORDERED THAT:

1. The government's motion to revoke defendant's pretrial release (Doc.28) is **GRANTED**.

2. Defendant's pretrial release is hereby **REVOKED**.

3. Defendant's Doc. 37 motion for voluntary surrender is **GRANTED**.

4. Defendant shall report to the United States Marshal in Scranton, Pennsylvania, on May 3, 2024, by 1:00 p.m.

Mr. Trotta shall be deemed in federal custody from that date forward.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
**Chief United States Magistrate Judge**