IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-127 |
| v. | : | (SAPORITO, C.M.J.) |
| THOMAS TROTTA, | : | |
| Defendant | : | |

**ORDER**

FILED
WILKES-BARRE
JUL 17 2024
PER ___ DEPUTY CLERK

**AND NOW, this 17th day of July, 2024,** upon consideration of defendant's Doc. 74 medical assessment of the defendant (docketed as a "Motion for Medical Exam"), **IT IS HEREBY ORDERED THAT:**

1. The temporary stay previously imposed by our Doc. 62 Order is **LIFTED.**

2. Defendant is **ORDERED** to report to the Lackawanna County Prison, in Scranton, Pennsylvania by **12:00 noon on Thursday, July 18, 2024.**

3. Mr. Trotta shall be deemed in federal custody from that day forward.

*Joseph F. Saporito Jr.*
**JOSEPH F. SAPORITO, JR.**
**Chief United States Magistrate Judge**